Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 13−30281−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel W Pierce
   1201 Fairton Road
   Millville, NJ 08332

Social Security No.:
   xxx−xx−3728

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/22/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2017
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 13-30281-ABA
Daniel W Pierce                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Feb 22, 2017
                       Form ID: 148    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.
```
db              +Daniel W Pierce,    1201 Fairton Road,    Millville, NJ 08332-4532
514216613       +Cumberland County Special Civil Part,    60 West Broad Street,    Bridgeton, NJ 08302-2515
514216614        FIA Card Services, N.A.,    982235,    El Paso, TX  79998
514216616       +Schachter Portnoy, L.L.C.,    3490 U.S. Route 1,    Princeton, NJ 08540-5920
514459593       +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                  Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2017 23:55:37     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2017 23:55:35      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
lm               EDI: WFFC.COM Feb 22 2017 23:38:00      WELLS FARGO BANK, NA,    PO Box  10335,
                  Des Moines, IA  50306-0335
514330684        EDI: AIS.COM Feb 22 2017 23:43:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
514354342        EDI: BANKAMER.COM Feb 22 2017 23:38:00      Bank of America,    PO Box 982235,
                  El Paso, TX 79998-2325
514216610        EDI: BANKAMER.COM Feb 22 2017 23:38:00      Bank Of America,    P.O. Box 45224,
                  Jacksonville, FL  32232-5224
514216611       +E-mail/Text: bankruptcy@cavps.com Feb 22 2017 23:55:55      Cavalry Portfolio SVCS,
                  500 Summit Lake Drive, Ste. 4A,    Valhalla, NY 10595-2323
514270346       +E-mail/Text: bankruptcy@cavps.com Feb 22 2017 23:55:55      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514216612       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 22 2017 23:56:10
                  Comcast Cable Communications,    1 Comast Center,    Philadelphia, PA 19103-2833
514216615       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 22 2017 23:55:23      Green Tree Servicing LLC,
                  345 St. Peter Street,    St. Paul, MN 55102-1213
514216617       +EDI: VERIZONEAST.COM Feb 22 2017 23:38:00      Verizon,    500 Technology Drive, Ste. 300,
                  Weldon Spring, MO 63304-2225
514216618       +EDI: CHASE.COM Feb 22 2017 23:43:00      Washington Mutual Bank,    7757 Bayberry Road,
                  Jacksonville, FL 32256-6816
514460280       +EDI: WFFC.COM Feb 22 2017 23:38:00      Wells Fargo Bank, NA,    Attn: Bankruptcy Dept,
                  MAC# D3347-014,    3476 Stateview Blvd,    Ft. Mills, SC 29715-7203
514216619        EDI: WFFC.COM Feb 22 2017 23:38:00      Wells Fargo Home Morgage,    PO Box 10335,
                  Des Moines, IA  50306-0335
                                                                                              TOTAL: 14
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               WELLS FARGO BANK, N.A.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Wells Fargo Bank, NA bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 22, 2017
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Joshua I. Goldman    on behalf of Creditor   MTGLQ Investors, LP jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Seymour   Wasserstrum    on behalf of Debtor Daniel W Pierce mylawyer7@aol.com,  ecf@seymourlaw.net
                            TOTAL: 6